**FILED**
May 20, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Joseph Hinojos_____
DEPUTY

AO91 (Rev. 12/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF TEXAS,     PECOS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **V.** <br> Jose Valentin ROJAS-Hernandez | **CRIMINAL COMPLAINT** <br><br> **Case Number:**  **PE: 26-MJ-189** |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about ____5/17/2026____ in ____Brewster____ County, in the ____Western District Of Texas____ defendant(s) did,

bring to or attempt to bring to the United States in any manner whatsoever an alien, knowing such person is an alien to the United States, at a place other than a designated port of entry or at a place other than as designated by the Commissioner

in violation of Title ____8____ United States Code, Section(s) ____1324(a)(1)(A)(i)____

I further state that I am a(n) ____Border Patrol Agent____ and that this complaint is based on the following facts:

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

**Complaint sworn to in my presence and signed electronically on this date.**
**FED.R.CRIM.P. 4.1(b)(2)(A)**

_____
Signature of Complainant

Sebastian Torres
Printed Name of Complainant

**5/20/2026**
_____
Date

David Fannin                     U.S. Magistrate Judge
Name & Title of Judicial Officer

at   Alpine, TX
City/State

_____
Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

Jose Valentin ROJAS-Hernandez


FACTS    (CONTINUED)




Immigration History:
The DEFENDANT has been deported 1 time(s), the last one being to MEXICO on June 11, 2024, through EAGLE PASS, TX, INTL BRIDGE #2

Criminal History:
None Found

## AFFIDAVIT

United States of America v.

**Defendants:**

1)  ROJAS-HERNANDEZ, Jose Valentin

On May 16, 2026, Border Patrol Agents were engaged in roving patrol duties when, at approximately 3:20 p.m., they were notified by the Brewster County Sheriff's Office of a possible drop-off south of the 118 Checkpoint. Agents responded to the reported location, identified foot sign, and commenced tracking the footprints. Subsequently, agents observed a group of five individuals traversing the brush, attempting to circumvent the 118 Checkpoint while carrying backpacks and water jugs.

At approximately 4:10 p.m., Border Patrol Agents requested assistance from nearby agents via handheld radio. The Brewster County Sheriff's Office and the Texas Department of Transportation Air Unit responded and assisted in locating the group. Upon observing the responding deputies and air unit, the group attempted to flee. Border Patrol Agents arrived and apprehended all five individuals, who were attempting to conceal themselves in the brush.

Agents identified themselves and conducted immigration inspections of each individual. All five subjects freely and voluntarily admitted to being present in the United States illegally. At that time, all subjects were placed under arrest for violations of immigration laws. The apprehension occurred in Brewster County, within the Western District of Texas. All subjects were transported to the Alpine Border Patrol Station for further processing and disposition.

At the Alpine Border Patrol Station, a post-Miranda interview was conducted with the defendant, later identified as Jose Valentin ROJAS-HERNANDEZ. The defendant freely and voluntarily admitted to acting as the foot guide for the group. He acknowledged that he was aware the subjects were in the United States illegally and that their intended destinations were either Denton, Texas or San Antonio, Texas. The defendant further stated he was aware that one member of the group was an unaccompanied juvenile whom he was assisting in circumventing the checkpoint.

Border Patrol Agent
Sebastian Torres

Honorable Judge David B. Fannin
United States Magistrate Judge